

**First in textile services worldwide**

# RELEASE AUTHORIZATION FOR BACKGROUND & DMV

In connection with my employment, I understand that Alsco will be requesting information concerning my motor vehicle operations history, and criminal history from various private and public sources along with other public records available.

**I HEREBY AUTHORIZE AND RELEASE FROM ALL LIABILITY, WITHOUT RESERVATION, ANY LAW ENFORCEMENT AGENCY ADMINISTRATION, STATE/FEDERAL AGENCY, INSTITUTION, INFORMATION SERVICE BUREAU, EMPLOYER, EMPLOYEE, INSURANCE COMPANY OR PERSON GATHERING OR FURNISHING THE ABOVE-MENTIONED INFORMATION.**

I further acknowledge that a telephone facsimile (FAX) or photographic copy of this release will be valid as the original. According to the Fair Credit Reporting Act, I am entitled to know if employment will be and is ultimately denied because of information obtained by my prospective employer from a consumer-reporting agency. If so, I will be advised by this employer and be given the name of the agency or source of this information.

Print Name: __Kevin__  __Lee__  __McCracken__
            First    Middle    Last

Other Names: _____

Current Address: __1002 Burgess Ave  Rising Sun  Ohio  Indiana  47040__
                                    City   County   State    Zip

Social Security Number: ▓▓▓▓▓▓▓▓▓ (Used for criminal and driving records)

Date of Birth: ▓▓▓▓ / 70   (Used for criminal and driving records. The Age Discrimination
              Month / Day / Year   Employment Act of 1967 prohibits discrimination in employment based on age.)

Driver License # ▓▓▓▓▓▓▓ State: __Indiana__ Expiration Date __6-8-2012__

**EXHIBIT A**

Request for New Employee

Name: Kevin McCracken

Date of Hire: 12·3·07

Dept: 67

Rate: $16.00

Schedule: 1st

Clock in:
(if applicable)

Supervisor Signature: [signed]

Employee #: 2446
Badge #:
Date Entered: 12·5·07



# RELEASE AUTHORIZATION FOR BACKGROUND & DMV

In connection with my employment, I understand that Alsco will be requesting information concerning my motor vehicle operations history, and criminal history from various private and public sources along with other public records available.

I HEREBY AUTHORIZE AND RELEASE FROM ALL LIABILITY, WITHOUT RESERVATION, ANY LAW ENFORCEMENT AGENCY ADMINISTRATION, STATE/FEDERAL AGENCY, INSTITUTION, INFORMATION SERVICE BUREAU, EMPLOYER, EMPLOYEE, INSURANCE COMPANY OR PERSON GATHERING OR FURNISHING THE ABOVE-MENTIONED INFORMATION.

I further acknowledge that a telephone facsimile (FAX) or photographic copy of this release will be valid as the original. According to the Fair Credit Reporting Act, I am entitled to know if employment will be and is ultimately denied because of information obtained by my prospective employer from a consumer-reporting agency. If so, I will be advised by this employer and be given the name of the agency or source of this information.

Print Name: __Benjamin__ __Franklin__ __Bolt__
                First            Middle        Last

Other Names: _____

Current Address: __10193 Snowflake Ln__ __Cinti__ __Ham.__ __OHIO__ __45251__
                                       City    County    State    Zip

Social Security Number ▇▇▇▇▇▇▇▇▇ (used for criminal and driving records)

Date of Birth: ▇▇ / ▇▇ / 1984 (Used for criminal and driving records. The Age Discrimination
            Month / Day / Year    Employment Act of 1967 prohibits discrimination in employment based on age.)

Driver License # ▇▇▇▇▇▇▇ State: __OHIO__ Expiration Date __10/09__

[signature]

**EXHIBIT B**

Request for New Employee

Name: Benjamin F. Bolt

Date of Hire: 1/11/08

Dept: 67

Rate: 13.50

Schedule: _____

Clock in:
(if applicable) _____

Supervisor Signature: _[signature]_

Employee #: 2453
Badge #: _____
Date Entered: _____

# Interoffice Memo

**Date:** March 21, 2008
**To:** Ben Bolt
**From:** Adam Chilton
**RE:** Violation of Article 17, 1, 1 – Major chargeable accident

---

This letter is the result of a violation of Article 17, 1, 1 – Major chargeable accident. Specifically, your negligence caused serious damage to the roof of your truck. The damage estimate is in excess of $5,000.

This violation of this article subjects you to a three day disciplinary layoff. Your days off will be 3 April 2008 to 7 April 2008

You must slow down and be more aware of your surroundings.

Future violations of this article of your contract will result in your discharge.

Adam Chilton, Depot Manager

Cc: Wes Dobbins, General Manager
Jim Wilder, Service Manager
Michael Pinnick, HR Manager
Joe Korzekwa, Steward
Ralph Brooks, Business Agent
Personnel File

*Gave to Employee*

*AC*



First in textile services worldwide

711 East Vermont Street
Indianapolis, IN 46202
T  317.636.6588
F  317.264.5143
www.alsco.com

February 2, 2009

To whom it may concern,

I, David Dobbs, hereby resign my RSR position with Alsco, for personal reasons.

*[signature]* 2-3-09
David Dobbs

EXHIBIT C

# Interoffice Memo

**Date:** January 22, 2009

**To:** David Dobbs

**From:** Delbert Duncan

**RE:** Violation of Article 17, Section 3 (e) Theft or dishonesty of any kind

---

This letter is being issued as a result of your violation of Article 17, Section 3 (e)–Theft or dishonesty of any kind. Specifically, upon reviewing our Wright Express invoice, we discovered that you made an unauthorized purchase of gasoline on your company credit card.

This is a dischargeable offense. Therefore, your employment is hereby terminated effective immediately.

Cc: Wes Dobbins, General Manager
Michael Pinnick, HR Manager
Adam Chilton, District Manager
Rick Smith, Business Agent
Joe Korzekwa, Steward
Personnel File

EMPLOYER INFORMATION REQUEST

Date Requested: 08/05/08

To: ALSCO INC

Re: Employee's Name: DAVID C. DOBBS                    Case Number: 7065925088

Employee's SSN: ███████

Complete name of employee (include maiden name, if applicable):
David Dobbs

Employee's current address                         or        Employee's last known address
3523 Steeple Chase
Apt 1A
Loveland OH 45140

Employee's Social Security Number:                 Employee's Date of Birth:
███████                                            ███ · 1971

Is the employee currently on your payroll? ☒ Yes  ☐ No  Date of Separation _____
                                                  ☐ Quit ☐ Terminated ☐ Laid Off

Hours Per Week  40                                 ☐ Part Time  ☒ Full Time

Date Hired: 12·12·2005                             Job title: Route Sales Representative

Please list the employee's frequency of pay  Weekly

Employee's gross earnings for the past four years:

Year: 2005  Hourly rate: 15.00  Salary Amt: 0  Overtime: 196.88 gross year
Year: 2006  Hourly Rate: 1500  YTD TOTAL Salary Amt: 39377.61  Overtime: 8636.35
Year: 2007  Hourly Rate: 15.00  YTD TOTAL Salary Amt: 43526.81  Overtime: 9244.21
Year: _____  Hourly Rate: _____  Salary Amt: _____  Overtime: _____

Is the employee under a wage withholding order for child support? ☐ Yes ☒ No

If yes, amount per pay period $_____ State _____ County _____ Order No./Case No. _____

Is the employee drawing unemployment? ☐ Yes  ☒ No  Amount, if Yes _____

Is the employee receiving Workers' Compensation? ☐ Yes  ☒ No

Page 2 of 3

## TERMINATION OF EMPLOYMENT

Name David Dobbs   Employee No 2351

Date of Termination 2·2·09   Position Held RSR

Attendance: Good _____ Fair __X__ Poor _____

Reason for leaving  Theft

Would you rehire this person?  No

_____
Signature of Supervisor